**<u>CIVIL PROCEEDINGS</u> - Pending Motions**

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

Judge Mikel H. Williams                    Date:   April 21, 2010
Case No.  08-CV-00508-EJL-LMB              Deputy Clerk:  Sherri O'Larey
                                           Reporter/ESR: Jamie Gearhart

Place: Boise, Idaho                        Time: 12:20 - 1:00 p.m.


**<u>Toomey et al v. Hofhines et al</u>**

Counsel for Plaintiff Kreindel Trust: Jonathan K. Levine, Dan Drachler, and Allen Ellis

Counsel for Plaintiff's Toomey, Crevier, Mirams, Mursell, and Yerkes: Michael D. Woerner and
     Soo Yong Kang


Argument by each of counsel Re:

> Plaintiff Kreindel Trusts' Motion to Appoint Counsel as Lead Plaintiff, Lead Counsel and Liaison Counsel  (doc.29) - Under Advisement.

> Plaintiff's Toomey, Crevier, Mirams, Mursell and Yerkes Motion to Appoint Counsel Toomey Plaintiffs Motion for Appointment as Lead Plaintiffs and Appointment of Lead Counsel (doc. 32) - Under Advisement.