Richard H. Greener, ISB No. 1191
*rgreener@greenerlaw.com*
Soo Y. Kang, ISB No. 6752
*skang@greenerlaw.com*
GREENER BURKE SHOEMAKER P.A.
The Banner Bank Building
950 W. Bannock Street, Suite 900
Boise, Idaho  83702
Telephone:  (208) 319-2600
Facsimile:  (208) 319-2601

Lynn L. Sarko (*pro hac vice*)
*lsarko@kellerrohrback.com*
Michael D. Woerner (*pro hac vice*)
*mwoerner@kellerrohrback.com*
Elizabeth A. Leland (*pro hac vice*)
*bleland@kellerrohrback.com*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF IDAHO**

| | |
|---|---|
| C. RICHARD TOOMEY, SALLY CREVIER, ELISABETH MIRAMS, GILLIAN MURSELL, and RICHARD YERKES, individually and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>  v.<br><br>BRADLEY K. HOFHINES, SUMMIT RETIREMENT ADVISORS LLC, SECURITIES AMERICA, INC., SECURITIES AMERICA FINANCIAL CORPORATION, AND AMERIPRISE FINANCIAL, INC.,<br><br>　　Defendants. | Case No. CV 09-613-S-EJL<br><br>**NOTICE OF DOCUMENTS FILED WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that the following documents, true and accurate copies of which are attached hereto, were filed with the Judicial Panel for Multidistrict Litigation on May 25, 2010:

IDAHO PLAINTIFFS' WITHDRAWAL OF THEIR RESPONSE IN OPPOSITION TO THE BILLITERI GROUP'S MOTION FOR TRANSFER OF ACTION FOR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

DATED this 25th day of May, 2010.

/s/ Elizabeth A. Leland
Lynn L. Sarko
lsarko@kellerrohrback.com
Michael D. Woerner
mwoerner@kellerrohrback.com
Elizabeth A. Leland
bleland@kellerrohrback.com
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Telephone: (206) 623-1900
Facsimile: (206) 623-3384

Richard H. Greener, ISB No. 1191
rgreener@greenerlaw.com
Soo Y. Kang, ISB No. 6752
skang@greenerlaw.com
GREENER BURKE SHOEMAKER P.A.
The Banner Building
950 W. Bannock Street, Suite 900
Boise, Idaho 83702
Telephone: (208) 319-2600
Facsimile: (208) 319-2601

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 25, 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Richard H. Greener, ISB No. 1191<br>*rgreener@greenerlaw.com*<br>Soo Y. Kang, ISB No. 6752<br>*skang@greenerlaw.com*<br>Greener Burke Shoemaker P.A.<br>950 W. Bannock Street, Suite 900<br>Boise, ID 83702<br>[Attorneys for Plaintiffs] | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☒ CM/ECF |
| Lynn L. Sarko (*pro hac vice*)<br>*lsarko@kellerrohrback.com*<br>Michael D. Woerner (*pro hac vice*)<br>*mwoerner@kellerrohrback.com*<br>Elizabeth A. Leland (*pro hac vice*)<br>*bleland@kellerrohrback.com*<br>KELLER ROHRBACK L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA 98101-3052<br>[Attorneys for Plaintiffs] | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☒ CM/ECF |
| Allen B. Ellis<br>*aellis@ebslaw.com*<br>Ellis Brown & Sheils<br>707 North 8th Street<br>Boise, ID 83701<br>[Attorney for Movant the Kreindel Trust] | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☒ CM/ECF |
| Dan Drachler<br>Zwerling, Schachter & Zwerling, LLP<br>1904 Third Avenue, Suite 1030<br>Seattle, WA 98101<br>[Counsel for Movant the Kreindel Trust] | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☒ CM/ECF |
| Jonathan Levine<br>Girard Gibbs LLP<br>601 California Street, Suite 1400<br>San Francisco, CA 94104<br>[Counsel for Movant the Kreindel Trust] | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☒ CM/ECF |

| | |
|---|---|
| Richard Speirs<br>Zwerling, Schachter & Zwerling, LLP<br>41 Madison Avenue<br>New York, NY  10010<br>[Counsel for Movant the Kreindel Trust] | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☒ CM/ECF |
| Peter Ligh<br>peter.ligh@sutherland.com<br>Nicholas Cristakos<br>Nicholas.cristakos@sutherland.com<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>[Attorneys for Defendants Bradley K. Hofhines, Summit Retirement Advisors LLC, Securities America, Inc., Securities America Advisors, Inc., Securities America Financial Corporation, and Ameriprise Financial, Inc.] | ☐ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☒ CM/ECF |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following **non-registered CM/ECF participants i**n the manner indicated:

| | |
|---|---|
| J. Walter Sinclair<br>jwsinclair@stoel.com<br>STOEL RIVES LLP<br>101 S. Capitol Blvd, Suite 1900<br>Boise, ID 83702<br>[Attorneys for Defendants Bradley K. Hofhines, Summit Retirement Advisors LLC, Securities America, Inc., Securities America Advisors, Inc., Securities America Financial Corporation, and Ameriprise Financial, Inc.] | ☒ U.S. Mail<br>☐ Facsimile<br>☐ Hand Delivery<br>☐ Overnight Delivery<br>☐ E-Mail<br>☐ CM/ECF |

/s/ Elizabeth A. Leland
E-mail: bleland@kellerrohrback.com

**NOTICE OF DOCUMENTS FILED WITH THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
- P. 4**